**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ANGELA C. GRIFFITHS,<br><br>    Plaintiff,<br><br>vs.<br><br>FELLOWSHIP SENIOR DAY CARE CENTER, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-01034-MHS |

## FINAL JUDGMENT

This action having come before the court, Honorable Marvin H. Shoob, Senior United States District Judge, on plaintiff's acceptance of defendant's Rule 68 offer of judgment and petition for attorney's fees and costs, and the court having approved plaintiff's acceptance of defendant's Rule 68 offer of judgment as a fair and reasonable compromise of plaintiff's FLSA rights, it is

**Ordered and Adjudged** that the plaintiff recover from the defendant the principal amount of $3,500.00, plus attorneys' fees in the amount of $7,950.00 and costs in the amount of $406.00.

Dated at Atlanta, Georgia this 16th day of July, 2015.

                                                  JAMES N. HATTEN
                                                  CLERK OF COURT


                                                By: s/Traci Clements
                                                    Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
  July 16, 2015
James N. Hatten
Clerk of Court

By: s/Traci Clements
      Deputy Clerk